DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEDRO RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  No. CR-S-12-257-LKK
              Plaintiff,            )
                                    )
     v.                             )  STIPULATION AND ORDER
                                    )
PEDRO RUIZ,                         )
                                    )  Date: December 11, 2012
              Defendant.            )  Time: 9:15 a.m.
_____)  Judge: Hon. Lawrence K. Karlton

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of October 30, 2012, be vacated and rescheduled for December 11, 2012, at 9:15 a.m., for a change of plea.

    Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.  Counsel is also awaiting a plea agreement and will need additional time to review the agreement and go over it with Mr. Ruiz.

    It is further stipulated and agreed to between the parties that the period from the date of this order to December 11, 2012, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)[Local Code T4].  (Reasonable time to prepare).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 24, 2012     Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
PEDRO RUIZ

BENJAMIN B. WAGNER
Dated: October 24, 2012     United States Attorney

/S/ Dennis S. Waks for
TODD D. LERAS
Assistant U.S. Attorney

**ORDER**

For Good cause appearing:

**IT IS ORDERED** that this matter is continued to December 11, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from October 30, 2012, up to and including December 11, 2012, is excluded pursuant to Title 18, United States Code, §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare); and,

/ / /

/ / /

/ / /

/ / /

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 26, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT