```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PEDRO RUIZ
 6
                  IN THE UNITED STATES DISTRICT COURT
 7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,
                                    )  No. CR-S-12-257-LKK
10            Plaintiff,             )
                                    )
11       v.                          )  STIPULATION AND ORDER
                                    )
12  PEDRO RUIZ,                      )
                                    )  Date: February 5, 2013
13            Defendant.             )  Time: 9:15 a.m.
    _____ )  Judge: Hon. Lawrence K. Karlton
14
```

16       IT IS HEREBY STIPULATED by and between the parties through their
17  respective counsel, TODD D. LERAS, Assistant United States Attorney,
18  attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant
19  Federal Defender, attorney for defendant, that the current Status
20  Conference date of December 11, 2012, be vacated and rescheduled for
21  February 5, 2013, at 9:15 a.m., for a change of plea.

22       Defense counsel needs additional time to prepare, to review the
23  discovery, and to interview witnesses.  Counsel is also awaiting a plea
24  agreement and will need additional time to review the agreement and go
25  over it with Mr. Ruiz, who lives out of the area.

26       It is further stipulated and agreed to between the parties that
27  the period from the date of this order to February 5, 2013, should be
28  excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Reasonable time to prepare) and [Local Code T4].

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

December 6, 20122012  Respectfully submitted,

```
                              DANIEL BRODERICK
                              Federal Defender

                              /s/ Dennis S. Waks
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              PEDRO RUIZ

                              BENJAMIN B. WAGNER
Dated: December 5, 2012       United States Attorney

                              /S/ Dennis S. Waks for
                              TODD D. LERAS
                              Assistant U.S. Attorney
```

**ORDER**

For Good cause appearing:

**IT IS ORDERED** that this matter is continued to February 5, 2013, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from December 11, 2012, up to and including February 5, 2013, is excluded pursuant to Title 18, United States Code, §3161(h)(7)(B)(iv)(Reasonable time to prepare) and [Local Code T4]; and,

/ / /

/ / /

/ / /

1    **THE COURT FINDS** that the ends of justice served by granting the
2 defendant's request for a continuance outweigh the best interest of the
3 public and the defendant in a speedy trial.

5 DATED: December 6, 2012

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```