```
DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
PEDRO RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-12-257-LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| PEDRO RUIZ, | ) |
|  | ) Date:  February 5, 2013 |
| Defendant. | ) Time:  9:15 a.m. |
|  | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, attorney for defendant, that the current status conference/change of plea date of February 5, 2012, be vacated and rescheduled for April 9, 2013, at 9:15 a.m..

Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.  Counsel is awaiting a plea agreement and will need additional time to review the agreement and go over it with Mr. Ruiz, who lives out of the area.  Counsel will also be out of state from March 17, 2013 through April 3, 2013.

It is further stipulated and agreed to between the parties that the period from the date of this order to April 9, 2013, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Reasonable time to prepare) and [Local Code T4].

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: January 30, 2013          Respectfully submitted,


                                 /s/ Dennis S. Waks
                                 DENNIS S. WAKS
                                 Attorney for Defendant
                                 PEDRO RUIZ

                                 BENJAMIN B. WAGNER
Dated: January 30, 2013          United States Attorney

                                 /S/ Dennis S. Waks for
                                 TODD D. LERAS
                                 Assistant U.S. Attorney


**ORDER**

For Good cause appearing:

**IT IS ORDERED** that this matter is continued to April 9, 2013, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from the date of this stipulation, January 30, 2013, up to and including April 9, 2013, is excluded pursuant to Title 18, United States Code, §3161(h)(7)(B)(iv)(Reasonable time to prepare) and [Local Code T4]; and

/ / /

/ / /

/ / /

/ / /

/ / /

1   **THE COURT FINDS** that the ends of justice served by granting the
2   defendant's request for a continuance outweigh the best interest of the
3   public and the defendant in a speedy trial.

5   DATED: February 4, 2013

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```