BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 2:12-cr-0257 TLN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| PEDRO SOLIS RUIZ, | ) |
| Defendant. | ) |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Pedro Ruiz, through his counsel, Dennis Waks, stipulate and agree to continue the status conference, scheduled for June 13, 2013, to July 11, 2013, at 9:30 a.m.

The government has previously provided defense counsel with a written Plea Agreement. Defense counsel, however, needs additional time to discuss the proposed resolution and review its terms with his client, and to advise defendant on how to proceed. The additional time is therefore needed for attorney preparation and continuity of counsel. Both parties request that time be excluded

1

1  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney
2  preparation and continuity of counsel).  The parties agree to an
3  exclusion of time for the reasons stated above up to and including
4  July 11, 2013.
5     Dennis Waks has authorized Assistant U.S. Attorney Todd Leras
6  to sign this stipulation on his behalf.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

10 DATED: June 11, 2013         By: /s/ Todd D. Leras
                                      TODD D. LERAS
11                                    Assistant U.S. Attorney

13 DATED: June 11, 2013         By: /s/ Todd D. Leras for
                                      DENNIS WAKS
14                                    Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for June 13, 2013, is continued to July 11, 2013, at 9:30 a.m.  Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including July 11, 2013.

DATED:    June 11, 2013

Troy L. Nunley
United States District Judge