DENNIS S. WAKS, Bar #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
PEDRO SOLIS RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) NO. 2:12-cr-0257 TLN |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| PEDRO SOLIS RUIZ, | ) Date: September 19, 2013 |
| | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| _____ | ) |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Pedro Ruiz, through his counsel, Dennis S. Waks, stipulate and agree to continue the status conference, scheduled for August 1, 2013, to September 19, 2013, at 9:30 a.m.

The government has previously provided defense counsel with a written Plea Agreement.  Defense counsel, however, needs additional time to discuss the proposed resolution and review its terms with his client, and to advise the defendant on how to proceed.  The additional time is therefore needed for attorney preparation and

1

continuity of counsel.  Both parties request that time be excluded
pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney
preparation and continuity of counsel).  The parties agree to an
exclusion of time for the reasons stated above up to and including
September 19, 2013.


                                   Respectfully submitted,



DATED: July 30, 2013               /s/ Dennis S. Waks
                                   Attorney for Defendant
                                   PEDRO SOLIS RUIZ


                                   BENJAMIN B. WAGNER
                                   United States Attorney

DATED: July 30,  2013              /s/ Dennis S. Waks for
                                   TODD D. LERAS
                                   Assistant U.S. Attorney







                              **ORDER**

    Good cause having been shown, it is hereby ordered that the
status conference currently scheduled for August 1, 2013, is
continued to September 19, 2013, at 9:30 a.m.  Based on the
representation of the parties, the Court finds that the ends of
justice served by granting the continuance outweigh the best
interest of the public and the defendant in a speedy trial.  Time

                                   2

1  under the Speedy Trial Act shall be excluded under 18 U.S.C. §

2  3161(h)(7)(B)(4) and Local Code T-4 up to and including

3  September 19, 2013.

4

5  DATED:    July 30, 2013

6

7

8                                          _____

9                                          Troy L. Nunley
                                           United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28