DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Tel: (916) 498-9871 Fax: (916) 441-6553

Attorney for Defendant
PEDRO SOLIS RUIZ, JR.,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR. S-12-257-TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| V. | ) ) | Date: March 6, 2014 |
| PEDRO SOLIS RUIZ, JR. | ) ) | Time: 9:30 a.m. Judge: Hon. TROY L. NUNLEY |
| Defendant. | ) ) ) |  |

It is hereby stipulated and agreed to by the United States of America through JASON S. HITT, Assistant United States Attorney, and defendant, PEDRO SOLIS RUIZ, JR., by and though his counsel, DENNIS S. WAKS,  that the status conference set for January 16, 2014, be continued to a status conference on Thursday,  March 6, 2014, at 9:30 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses, many of whom live out of state.  Counsel has received a plea agreement and will need additional time to review the agreement and go over it with Mr. Ruiz, who lives out of the area. Mr. Ruiz has some significant medical problems and it is sometimes very difficult for him to meet with counsel and our investigator.  We are in the process of obtaining the latest medical reports on Mr. Ruiz before he enters his change of plea.

Furthermore, the parties stipulate and agree that the interest of justice served by granting

this continuance outweigh the best interest of the public and the defendant in a speedy trial   (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 6, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 13, 2014			Respectfully submitted,


					/s/ Dennis S. Waks

					DENNIS S. WAKS
					Attorney for Defendant
					PEDRO SOLIS RUIZ, JR.


DATED: January 13, 2014			BENJAMIN B. WAGNER
					United States Attorney


					/s/ Dennis S. Waks for

					JASON S. HITT
					Assistant U.S. Attorney




# **O R D E R**


   Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including

March 6, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for March 6, 2014, at 9:30 a.m.

Dated: January 14, 2014

Troy L. Nunley
United States District Judge

-3-