DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871

Attorney for Defendant
PEDRO SOLIS RUIZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR. S-12-257-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| V. | ) |
| | ) Date: March 12, 2015 |
| PEDRO SOLIS RUIZ, JR. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. TROY L. NUNLEY |
| Defendant. | ) |
| | ) |

It is hereby stipulated and agreed to by the United States of America through JASON S. HITT, Assistant United States Attorney, and defendant, PEDRO SOLIS RUIZ, JR., by and though his counsel, DENNIS S. WAKS,  that the status conference set for January 29, 2015, be continued to a status conference on Thursday,  March 12, 2015, at 9:30 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses, many of whom live out of state.  Counsel has received a plea agreement and will need additional time to meet with the Government and then go over the final plea agreement with Mr. Ruiz, who lives out of the area. Mr. Ruiz has some significant medical problems, including some hospitalizations and it is sometimes very difficult for him to meet with counsel and our investigator.  He was recently diagnosed with End Stage Renal Disease and is currently on dialysis three days a week. We are in the process of obtaining the latest medical

-1-

reports on Mr. Ruiz before he enters his change of plea.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.   (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this Order through the date of the status conference set for March 12, 2015, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 25, 2015				Respectfully submitted,


						/s/ Dennis S. Waks

						DENNIS S. WAKS
						Attorney for Defendant
						PEDRO SOLIS RUIZ, JR.

DATED: January 25, 2015				BENJAMIN B. WAGNER
						United States Attorney


						/s/ Dennis S. Waks for

						JASON S. HITT
						Assistant U.S. Attorney


**O R D E R**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its

entirety as its Order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including March 12, 2015, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for March 12, 2015, at 9:30 a.m.

DATED: January 26, 2015

_____
Troy L. Nunley
United States District Judge