1    DENNIS S. WAKS, BAR #142581
Attorney at Law
2    455 Capitol Mall, Suite 802
Sacramento, California 95814
3    Tel: (916) 498-9871

4

5    Attorney for Defendant
PEDRO SOLIS RUIZ, JR.

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,     )  Case No.  CR.S. 12-257-TLN
                                  )
11                    Plaintiff,   )  STIPULATION AND ORDER TO
                                  )  CONTINUE STATUS CONFERENCE
12   V.                                  )
                                  )  Date:  November 5, 2015
13   PEDRO SOLIS RUIZ, JR.         )  Time: 9:30 a.m.
                                  )  Judge: Hon. TROY L. NUNLEY
14                    Defendant.  )
                                  )
15   _____ )

16

17         It is hereby stipulated and agreed to by the United States of America through JASON S.

18   HITT, Assistant United States Attorney, and defendant, PEDRO SOLIS RUIZ, JR., by and

19   though his counsel, DENNIS S. WAKS,  that the status conference set for September 24, 2015,

20   be continued to a status conference on Thursday, November 5, 2015, at 9:30 a.m.  This

21   continuance is being requested because defense counsel needs additional time to prepare, to

22   review discovery, and to interview witnesses, many of whom live out of state.  Counsel has

23   received a plea agreement and will need additional time to meet with the Government and then

24   go over the final plea agreement with Mr. Ruiz, who lives out of the area. Mr. Ruiz has some

25   significant medical problems, including some hospitalizations and it is sometimes very difficult

26   for him to meet with counsel and our investigator.  He has been diagnosed with End Stage Renal

27   Disease and is currently on dialysis three days a week. We are in the process of obtaining the

28

latest medical reports on Mr. Ruiz before he enters his change of plea.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this Order through the date of the status conference set for November 5, 2015, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).


DATED: September 18, 2015                    Respectfully submitted,


                                             /s/ Dennis S. Waks

                                             DENNIS S. WAKS
                                             Attorney for Defendant
                                             PEDRO SOLIS RUIZ, JR.


DATED: September 18, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney


                                             /s/ Dennis S. Waks for

                                             JASON S. HITT
                                             Assistant U.S. Attorney




                              **O R D E R**


    Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant

to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its

entirety as its Order.  Time is excluded from computation of time within which the trial of this

matter must be commenced beginning from the date of the stipulation through and including

November 5, 2015, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for

defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for

November 5, 2015 at 9:30 a.m.


DATED: September 18, 2015


_____
Troy L. Nunley
United States District Judge

-3-