1

2

3

DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871

4

5

Attorney for Defendant
PEDRO SOLIS RUIZ, JR.

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

| UNITED STATES OF AMERICA, | ) | Case No.  CR.S. 12-257-TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| V. | ) ) | Date:   December 10, 2015 |
| PEDRO SOLIS RUIZ, JR. | ) ) | Time:  9:30 a.m. Judge: Hon. TROY L. NUNLEY |
| Defendant. | ) ) ) | |

16

17

18

19

20

21

22

23

24

25

26

27

28

It is hereby stipulated and agreed to by the United States of America through JASON S.

HITT, Assistant United States Attorney, and defendant, PEDRO SOLIS RUIZ, JR., by and

though his counsel, DENNIS S. WAKS,  that the status conference set for November 5, 2015, be

continued to a status conference on Thursday, December 10, 2015, at 9:30 a.m.  This

continuance is being requested because defense counsel needs additional time to prepare, to

review discovery, and to interview witnesses, many of whom live out of state.  Counsel has

received a plea agreement and will need additional time to meet with the Government and then

go over the final plea agreement with Mr. Ruiz, who lives out of the area. Mr. Ruiz has some

significant medical problems, including some hospitalizations and it is sometimes very difficult

for him to meet with counsel and our investigator.  He has been diagnosed with End Stage Renal

Disease and is currently on dialysis three days a week. We are in the process of obtaining the

-1-

1    latest medical reports on Mr. Ruiz before he enters his change of plea.

2         Furthermore, the parties stipulate and agree that the interest of justice served by granting

3    this continuance outweigh the best interest of the public and the defendant in a speedy trial.

4    (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this Order

5    through the date of the status conference set for December 10, 2015, pursuant to 18 U.S.C.

6    §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

7

8

9    DATED: November 2, 2015              Respectfully submitted,

10

11                                        /s/ Dennis S. Waks

12                                        DENNIS S. WAKS
                                          Attorney for Defendant
13                                        PEDRO SOLIS RUIZ, JR.

14
     DATED: November 2, 2015              BENJAMIN B. WAGNER
15                                        United States Attorney

16
                                          /s/ Dennis S. Waks for
17
                                          JASON S. HITT
18                                        Assistant U.S. Attorney

19

20

21                                   **O R D E R**

22

23        Based on the stipulation of the parties and good cause appearing, the Court hereby finds that

24   the failure to grant a continuance in this case would deny defense counsel reasonable time

25   necessary for effective preparation, taking into account the exercise of due diligence.  The Court

26   specifically finds that the ends of justice served by the granting of such continuance outweigh the

27   interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant

28
                                          -2-

to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its

entirety as its Order.  Time is excluded from computation of time within which the trial of this

matter must be commenced beginning from the date of the stipulation through and including

December 10, 2015, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for

defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for

December 10, 2015 at 9:30 a.m.


DATED: <u>November 2, 2015</u>


_____

Troy L. Nunley
United States District Judge