1  DENNIS S. WAKS, BAR #142581
   Attorney at Law
2  455 Capitol Mall, Suite 802
   Sacramento, California 95814
3  Tel: (916) 498-9871

4
   Attorney for Defendant
5  PEDRO SOLIS RUIZ, JR.

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, ) Case No. CR. S-12-257-TLN
                              )
11 |             Plaintiff,   ) STIPULATION AND ORDER TO
                              ) CONTINUE STATUS CONFERENCE
12 | V.                       )
                              ) Date:  June 16, 2016
13 | PEDRO SOLIS RUIZ, JR.    ) Time:  9:30 a.m.
                              ) Judge: Hon. TROY L. NUNLEY
14 |             Defendant.   )
                              )
15 |_____  )

16
          It is hereby stipulated and agreed to by the United States of America through JASON S.
17
   HITT, Assistant United States Attorney, and defendant, PEDRO SOLIS RUIZ, JR., by and
18
   though his counsel, DENNIS S. WAKS, that the status conference set for April 28, 2016, be
19
   continued to a status conference on Thursday, June 16, 2016, at 9:30 a.m. This continuance is
20
   being requested because defense counsel needs additional time to prepare, to review discovery,
21
   and to interview witnesses, many of whom live out of state. Moreover, defense counsel will be
22
   out of California on April 28, 2016, the date of the present status conference. Counsel has
23
   received a plea agreement and will need additional time to meet with the Government and then
24
   go over the final plea agreement with Mr. Ruiz, who lives out of the area. Mr. Ruiz has some
25
   significant medical problems, including some hospitalizations and it is sometimes very difficult
26
   for him to meet with counsel and our investigator. He has been diagnosed with End Stage Renal
27

28

Disease and is currently on dialysis three days a week. It appears that Mr. Ruiz is going to require a kidney transplant in order to eliminate the need for dialysis. We are in the process of obtaining the latest medical reports on Mr. Ruiz before he enters his change of plea.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this Order through the date of the status conference set for June 16, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 23, 2016			Respectfully submitted,


					/s/ Dennis S. Waks

					DENNIS S. WAKS
					Attorney for Defendant
					PEDRO SOLIS RUIZ, JR.


DATED: April 23, 2016			BENJAMIN B. WAGNER
					United States Attorney


					/s/ Dennis S. Waks for

					JASON S. HITT
					Assistant U.S. Attorney


**O R D E R**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court

specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including June 16, 2016, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for June 16, 2016 at 9:30 a.m.

DATED: April 25, 2016

_____
Troy L. Nunley
United States District Judge