IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-CR-257-TLN |
|---|---|---|
| Plaintiff, | ) ) | ORDER DENYING REQUEST TO SEAL DOCUMENT |
| v. | ) ) | |
| PEDRO SOLIS RUIZ, JR., | ) ) | |
| Defendant. | ) ) | |

    On August 26, 2016, Defendant Pedro Ruiz ("Defendant") submitted a Notice of Request to Seal Documents. (ECF No. 76.) Documents supporting this notice were submitted to the Court in accordance with Local Rule 141(b). Having reviewed the supporting documentation, the Court finds that Defendant has failed to identify specific reasons why compelling interests would be harmed by the public disclosure of this information. Further, Defendant has failed to indicate that there are no additional alternative to sealing the documents that would adequately protect any compelling interests. In *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), the Ninth Circuit has set forth factors that the Court must consider before granting a motion to seal. If Defendant wishes to submit the identified documents under seal, he is instructed to re-submit his request in a motion compliant with the requirements of *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon* within seven days of the entry of this order.

Dated: August 30, 2016

Troy L. Nunley
United States District Judge

-1-