PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0257 TLN |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND ORDER |
| v. | |
| PEDRO RUIZ, | |
| Defendant. | |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendant Pedro RUIZ in Case No. 2:12-CR-0257 TLN pursuant to Federal Rule of Criminal Procedure 48(a).

The government brings this motion in the interests of justice because Mr. RUIZ was murdered on November 12, 2016. Accordingly, the United States respectfully moves to dismiss the Indictment against Mr. RUIZ in Case No. 2:12-CR-0257 TLN in the interests of justice pursuant to Rule 48(a).

PHILLIP A. TALBERT
United States Attorney

Dated: January 4, 2017         /s/Jason Hitt
                               JASON HITT
                               Assistant United States Attorney

1

**O R D E R**

For the reasons set forth in the motion to dismiss the Indictment filed by the United States, IT IS HEREBY ORDERED that the Indictment in Case No. 2:12-CR-0257 TLN against Pedro RUIZ is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated: January 5, 2017

Troy L. Nunley
United States District Judge